NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLS FARGO BANK,<br><br>                Plaintiff,<br><br>v.<br><br>JOSE I. ZELAYA, et al.,<br><br>                Defendants. | Civil Action No.: 11-6807 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of Plaintiff Wells Fargo Bank, as Trustee for the Registered Holders of LaSalle Commercial Mortgage Securities, Inc. Commercial Mortgage Pass-Through Certificates Series 2206-MF2 ("Wells Fargo" or "Plaintiff")'s Motion for Default Judgment against Defendants Jose I. Zelaya and Astrid Zelaya (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 55. [Docket Entry No. 9]. For the reasons stated in this Court's accompanying Opinion,

IT IS on this 30 day of **March, 2012**,

**ORDERED** that Plaintiff's Motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff submit a form of judgment to be entered by the Clerk of the Court providing for (1) foreclosure of the subject Property and directing that the mortgaged Property be sold as one parcel and the proceeds distributed to Wells Fargo; (2) judgment in the amount of $385,623.50373, together with attorneys' fees and expenses of $5,284.14, for a total of $390,907.64, with interest thereon in accordance with the loan documents until final judgment

1

is entered.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge